

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00389-CV

**IN RE** Eduardo **LAGUERRE**,
Ralina Cardona, Aureo Cardona and Ray Mancera

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Rebeca C. Martinez, Justice
     Jason Pulliam, Justice

Delivered and Filed:  July 8, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On June 29, 2015, relators Eduardo LaGuerre, Ralina Cardona, Aureo Cardona and Ray Mancera filed a petition for writ of mandamus complaining of the trial court's orders denying a special appearance and denying a request to dissolve an ex parte temporary restraining order. The court has considered the relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

---

[1] This proceeding arises out of Cause No. 2014-CI-11299, styled *Elia Mendoza and Rosa Rosales, Individually and as members of the League of United Latin American Citizens (LULAC) v. Eduardo LaGuerre, Magdalena Rivera, Ralina Cardona, Baldomero Garza, Ray Mancera, Aureo Cardona and other un-named Defendants*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.

Additionally, relators requested leave to file the petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relators' request for leave to file is denied as moot.

PER CURIAM